BERMAN & LESENGER, INC., v. NATHAN SCHLYEN. ACTIVE FOLDING BOX

COMPANY, INC., v. NATHAN SCHLYEN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.